## REHEARING DOCKET

**86–1499.** State v. Sowell. *Hamilton County*, No. C–830835. Reported at 67 Ohio St.3d 1502, 622 N.E.2d 651. On motion for rehearing. Rehearing denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**92–2373.** State v. Sowell. *Hamilton County*, No. C–830835. Reported at 67 Ohio St.3d 1500, 622 N.E.2d 649. On motion for rehearing. Rehearing denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**92–2395.** State v. Steffen. *Hamilton County*, No. C–830445. Reported at 67 Ohio St.3d 1500, 622 N.E.2d 649. On motion for rehearing. Rehearing denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–183.** State v. Beuke. *Hamilton County*, No. C–830829. Reported at 67 Ohio St.3d 1500, 622 N.E.2d 649. On motion for rehearing. Rehearing denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–1401.** In re Musial. *Cuyahoga County*, No. 64825. Reported at 67 Ohio St.3d 1505, 622 N.E.2d 653. On motion for rehearing. Rehearing denied.

PFEIFER, J., dissents.

**93–1457.** Walls v. Lewis Ctr. In Habeas Corpus. Reported at 67 Ohio St.3d 1500, 622 N.E.2d 649. On motion for rehearing. Rehearing denied.

**93–1555.** State v. Salem. *Cuyahoga County*, No. 59700. Reported at 67 Ohio St.3d 1495, 621 N.E.2d 1209. On motion for rehearing. Rehearing denied.

**93–1662.** Johnson v. United Lajero Co., Inc. *Tuscarawas County*, No. 92AP090065. Reported at 67 Ohio St.3d 1506, 622 N.E.2d 654. On motion for rehearing. Rehearing denied.

MOYER, C.J., and WRIGHT, J., dissent.

**93–1692.** Reed v. Perry Cty. Children's Serv. *Perry County*, No. CA–429. Reported at 67 Ohio St.3d 1513, 622 N.E.2d 660. On motion for rehearing. Rehearing denied.

WRIGHT, J., dissents.

**93–1721.** Johnson v. Wilkinson. In Mandamus. Reported at 67 Ohio St.3d 1500, 622 N.E.2d 649. On motion for rehearing. Rehearing denied.

F.E. SWEENEY, J., dissents.

**93–1846.** State ex rel. Aleman v. Ohio Adult Parole Auth. In Mandamus. Reported at 67 Ohio St.3d 1509, 622 N.E.2d 657. On motion for rehearing. Rehearing denied.

F.E. SWEENEY and PFEIFER, JJ., dissent.

## DISCIPLINARY DOCKET

**92–1730.** Mahoning Cty. Bar Assn. v. Strobel. On response to court's order to show cause. Motion for reconsideration denied.

PFEIFER, J., would modify the court's order to permit the contemnor to pay $50 per month, order the contemnor to report annually by affidavit his income, order that the order be reviewed annually based on the contemnor's income, and give the contemnor until January 31, 1994 to purge his contempt by beginning payments of $50 per month.

**93–434.** Cleveland Bar Assn. v. Oliver. On affidavit of respondent. *Sua sponte*, the affidavit is stricken.

PFEIFER, J., would grant respondent a hearing.

*Monday, December 27, 1993*

## MOTION DOCKET

**91–963.** State v. Carter. *Hamilton County*, No. C–890513. UPON CONSIDERATION of the motion filed by counsel for appellant to continue stay of execution in the above-styled cause pending